# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Adair, et al., | Civil No. 10-4300 (RHK/FLN) |
| Plaintiffs, | |
| vs. | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| General Electric Company, et al., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 22, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge